842 A.2d 916

**CITY OF PHILADELPHIA, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (KERSHES), Respondent.**

Supreme Court of Pennsylvania.

Dec. 31, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of December, 2003, the Petition for Allowance of Appeal is hereby **GRANTED** and the order of the Commonwealth Court is **REVERSED.** See *City of Philadelphia v. WCAB (Szparagowski),* 831 A.2d 577, 2003 WL 21959994 (Pa. Aug.18, 2003).

Justice THOMAS G. SAYLOR dissents.